*John P. J. Hayner* v. *John L. Hayner* (*) JOHN E. TAYLOR, for complainant, moved to correct the calendar, on an affidavit entitled "John P. J. Hayner v. John L. Hayner *amd others*;" there being in fact but one defendant. H. Z. HAYNER, for the defendant, objected to the reading of the affidavit, on the ground that it was wrongly entitled; there not being any such suit pending as that in which the affidavit was entitled.

* Decided Aug't 24, 1846.

The *court* directed the motion to stand over; to enable the party to correct his affidavit. But refused costs to the defendant.